

HFW
Friary Court
65 Crutched Friars
London EC3N 2AE
United Kingdom

T +44 (0)20 7264 8000
F +44 (0)20 7264 8888
DX1069 London City EC3

hfw.com

FRILOT, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

For the attention of: Mr Patrick O'Leary

BY EMAIL

| | | | | |
|---|---|---|---|---|
| Your Ref: | | Direct Line: | +44 (0)20 7264 8211 /+65 6411 5315 | Date: 26 March 2019 |
| Our Ref: | CSS/GCM/84743-2 | Email: | christopher.swart@hfw.com | |

Dear Sirs

We act for ADM Intermare and Archer Daniels Midland Company, the voyage charterers and cargo owners of the MV Orient Rise.

We should be very grateful if you would allow Chris Hart of HFW Houston and Paul Miller of HFW London to observe the depositions on board the M/V Orient Rise tomorrow.

They will not actively take part in the depositions but are there to observe on behalf of ADM Intermare and Archer Daniels Midland Company who are currently involved in the disputed general average proceedings.

Many thanks for your assistance in this matter.

Yours faithfully

HFW

EXHIBIT 1

Americas | Europe | Middle East | Asia Pacific

HFW is Holman Fenwick Willan LLP, which is a limited liability partnership registered in England and Wales (with registered number OC343361) and is authorised and regulated by the UK Solicitors Regulation Authority, with registered number 509977. A list of members' names is open to inspection at the registered office, Friary Court, 65 Crutched Friars, London EC3N 2AE.
VAT No GB 243 4838 55

HFWLDN\45913410-1