UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| AMERICAN RIVER TRANSPORTATION CO., LLC d/b/a ARTCO STEVEDORING<br><br>VERSUS<br><br>M/V ORIENT RISE, her engines, tackle, apparel, etc., *in rem* | CIVIL ACTION NO.: 2:19-cv-02673<br>Admiralty – Rule 9(h)<br><br>SECTION G \| DIVISION 3<br><br>JUDGE BROWN<br><br>MAGISTRATE DOUGLAS |

## **COMPLAINT IN INTERVENTION**

The Complaint of Intervenor, Agri Port Services, LLC ("APS"), against Defendant, M/V ORIENT RISE, her engines, tackle, apparel, etc., *in rem*, in a cause of action under 46 U.S.C. § 31342 and Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, avers as follows:

1.

At all times hereinafter, Intervenor, APS, was and is now a limited liability company duly organized under the laws of the State of Delaware with its principal place of business in the State of Illinois, doing business within the State of Louisiana.

2.

At all times hereinafter, Defendant, M/V ORIENT RISE (the "Vessel"), was and is now a bulk carrier bearing IMO No. 9427342 with an overall length of 190 meters, a breadth of 32.3 meters, and flying under the flag of Panama. The vessel is or will be in the jurisdiction of the Eastern District of Louisiana and is presently under arrest in this district.

3.

This is a claim, *in rem*, under the maritime jurisdiction of the United States and this Honorable Court in accordance with 28 U.S.C. § 1333, Rule 9(h) of the Federal Rules of Civil Procedure, and Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

4.

APS provides agency services to foreign flag vessels calling on the ports of South Louisiana, including those ports on the Lower Mississippi River.

5.

APS provided agency services, including but not limited to arranging of pilots, customs clearances, arranging for payment of port required fees, and other general agency services, to the M/V ORIENT RISE from the time the Vessel entered the Lower Mississippi River until the Vessel unloaded all its cargo and departed its unloading berth on March 20, 2018, all of which constitute the provision of necessaries under the Federal Maritime Lien Act as the services were useful to the Vessel and enabled it to performs its particular function.

6.

APS presented an invoice and demanded payment for APS's agency services provided to the Vessel, but to date no payment has been made on behalf of the Vessel. The total outstanding balance due to APS is $239,519.27.

7.

APS has a maritime lien against the Vessel, as the damages claimed herein arise from APS's provision of necessaries to the Vessel pursuant to the Federal Maritime Lien Act, 46 U.S.C. § 31342 *et seq*.

8.

APS is entitled to have the Vessel seized and sold, and further to have the charges paid in preference and priority to other claims.

WHEREFORE, APS prays that:

1. A Warrant of Arrest be issued calling for the Vessel to be seized to satisfy Intervenor's claims and that the Warrant of Arrest and the Verified Complaint be served upon the Vessel, *in rem*;

2. All persons claiming any right, title, or interest in the Vessel her engines, boilers, tackle, appurtenances, etc., be summoned to appear, file their claim, as owner, and to answer under oath all and singular the matters aforesaid, and that after due proceedings, said Vessel be condemned and sold to pay the demands aforesaid, with interest costs, and disbursements;

3. That the Court recognize a maritime lien for necessaries against the Vessel, *in rem*, in favor of APS in the amount of $239,519.27;

4. That Judgment be entered in favor of APS against the Vessel, *in rem*, at least in the amount of at least $239,519.27, with all other amounts shown at trial including, but not limited to interest, and that this Judgment be recognized as a priority claim based upon the Federal Maritime Lien Act so that it is paid in preference and priority to all other claims of liens including any ship mortgage(s).

                    Respectfully submitted,

                    S<small>ALLEY</small>, H<small>ITE</small>, M<small>ERCER</small>, A<small>ND</small> R<small>ESOR</small>, LLC

                    */s/ Kevin M. Frey*
                    DAVID M. FLOTTE (#1364)
                    MARCELLE P. MOULEDOUX (#30339)
                    KEVIN M. FREY (#35133)
                    365 Canal Street, Suite 1710
                    New Orleans, LA 70130
                    Tel.:   (504) 566-8800
                    Fax:    (504) 566-8828
                    dflotte@shmrlaw.com
                    mmouledoux@shmrlaw.com
                    kfrey@shmrlaw.com

                    Counsel for Intervenor, Agri Port Services, LLC

**PLEASE SERVE AND ARREST:**

**M/V ORIENT RISE**, her engines, tackle, apparel, etc., *in rem,* with the Complaint and Verification.