UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| AMERICAN RIVER TRANSPORTATION CO., LLC d/b/a ARTCO STEVEDORING<br><br>VERSUS<br><br>M/V ORIENT RISE, her engines, tackle, apparel, etc., *in rem* | CIVIL ACTION NO.: 2:19-cv-02673<br>Admiralty – Rule 9(h)<br><br>SECTION G \| DIVISION 3<br><br>JUDGE BROWN<br><br>MAGISTRATE DOUGLAS |

## **CORPORATE DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes American River Transportation Co., LLC and submits the following Corporate Disclosure Statement pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure.

Plaintiff, American River Transportation Co., LLC, certifies that it is a wholly-owned subsidiary of Archer-Daniels-Midland Company, a publicly-held corporation traded on the New York Stock Exchange under the abbreviation "ADM".

Respectfully submitted:

SALLEY HITE MERCER & RESOR, LLC

*/s/ David M. Flotte*
DAVID M. FLOTTE T.A. (#1364)
MARCELLE P. MOULEDOUX (#30339)
KEVIN M. FREY (#35133)
365 Canal Street, Suite 1710
New Orleans, Louisiana 70130
Tel.: (504) 566-8800
Fax: (504) 566-8828
dflotte@shmrlaw.com
mmouledoux@shmrlaw.com
kfrey@shmrlaw.com

*Counsel for Plaintiff,*
*American River Transportation Co., LLC*
*d/b/a ARTCO Stevedoring*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2019, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all persons electronically noticed.

　　*/s/ David M. Flotte*
　　DAVID M. FLOTTE