UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMERICAN RIVER TRANSPORTATION CO., LLC d/b/a ARTCO STEVEDORING | CIVIL ACTION NO. 2:19-cv-02673 |
| VERSUS | SECTION G   DIVISION 3 |
| | JUDGE BROWN |
| M/V ORIENT RISE, her engines, tackle, apparel, etc., *in rem* | MAGISTRATE DOUGLAS |

## JOINT MOTION TO DISMISS

On joint motion of plaintiff, American River Transportation Co., LLC d/b/a/ Artco Stevedoring and defendants, Crescent Towing & Salvage C., Inc., Grace Way Shipping Ltd), Lucky Rise Pacific Ltd., and Tongli Shipping PTE, all appearing herein through undersigned counsel, and, upon suggesting to this Honorable Court that all claims and demands presented herein have been amicably settled and compromised, accordingly, movers desire a dismissal of the entire action, with prejudice, each party to bear its own costs.

Respectfully submitted:

SALLEY, HITE, MERCER & RESOR, LLC
*/s/ David M. Flotte*
DAVID M. FLOTTE, T.A. (#1364)
MARCELLE P. MOULEDOUX (#30339)
KEVIN M. FREY (#35133)
365 Canal Street, Suite 1710
New Orleans, LA 70130
Tel.: (504) 566-8800
Fax: (504) 566-8828
dflotte@shrmlaw.com
mmouledoux@shrmlaw.com
kfrey@shmrlaw.com
*Counsel for American River Transportation Co., LLC d/b/a ARTCO Stevedoring*

-and-

FRILOT L.L.C.
*/s/ T. Patrick O'Leary*
Andrew S. de Klerk (LA 1045)
T. Patrick O'Leary (LA 30655)
W. Jacob Gardner, Jr. (LA 30511)
3800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3700
504/599-8010 Phone
504/599-8110 Fax
adeklerk@frilot.com
poleary@frilot.com
jgardner@frilot.com
*Counsel for Registered Owners (Grace Way Shipping Ltd), Demise Charterers (Lucky Rise Pacific Ltd) and Disponent Owners (Tongli Shipping Pte. Ltd)*

-and-

MOULEDOUX, BLAND, LEGRAND & BRACKETT
*/s/ André J. Mouledoux*
ANDRÉ J. MOULEDOUX (#9778)
DANIEL J. HOERNER (#21706)
701 Poydras Street, Suite 4150
New Orleans, LA 70139
Tel.: (504) 595-3000
Fax: (504) 522-2121
amouledoux@mblb.com
dhoerner@mblb.com
*Counsel for Crescent Towing & Salvage Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2021, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:  None.

*s/Andre J. Mouledoux*